IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHARLES R. OGLE and MELANIE A. OGLE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| COLUMBIA GAS TRANSMISSION, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

Judge Economus

Magistrate Judge Kemp

Case No. 2:10-cv-01059-PCE-TPK

## STIPULATION OF DISMISSAL AND ORDER

The parties have reached a confidential settlement to resolve their claims in the above-referenced matter.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Charles R. Ogle and Melanie A. Ogle hereby voluntarily dismiss this action with prejudice.  The Court retains jurisdiction to enforce the Settlement Agreement.

**IT IS SO ORDERED.**

_____
Charles R. Ogle

_____
Melanie A. Ogle

Plaintiffs, *Pro Se*
11575 Donaldson Road
Rockbridge, Ohio 43149
740-385-5959

_____
Charles N. McCreery
Lead Counsel Nisource, Inc.
For Columbus Gas Transmission, LLC

/s/ Elizabeth A. Preston Deavers
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE